✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

|  EASTERN  | DISTRICT OF | ARKANSAS |
|---|---|---|

UNITED STATES OF AMERICA

**NOTICE**

V.

GREGORY GRIGGS  CASE NUMBER: 4:95cr00201-02 JMM

TYPE OF CASE:

☐ CIVIL        x  **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | #4A |
| 500 West Capitol | DATE AND TIME |
| Little Rock, Arkansas | SEE BELOW |

TYPE OF PROCEEDING

FINAL HEARING ON MOTION TO REVOKE SUPERVISED RELEASE [153]
before the Honorable James M. Moody

Pursuant to General Order 54, counsel for Defendant is authorized to bring electronic device(s) to the courthouse for this proceeding. Counsel must present this notice to the Court Security Officer upon entrance to the Courthouse.

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| SAME AS ABOVE | 2/11/2010 at 9:15 a.m. | **Tuesday, February 16, 2010 @ 2:15 p.m.** |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 4, 2010                     /s/ Donna Jackson
DATE                                 (BY) DEPUTY CLERK

TO:   Jerome Kearney
      Jana Harris
      U.S. Marshal
      U.S. Probation
      U.S. District Judge        Courtroom Deputy
      CSO
      File