CPROB 12B
ED/AR (12/2010)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 18 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court

### for the

### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Ronald Mitchell

Case Number:  4:94CR00209-001 (SMR)
4:95CR00186-001 (SMR)
4:95CR00201-003 (ETR)

Name of Sentencing Judicial Officer:  Honorable Stephen M. Reasoner (4:94CR00209-001 and
4:95CR00186-001)

Honorable Elsijane T. Roy (4:95CR00201-003)

Honorable James M. Moody
(Cases consolidated and reassigned on August 30, 2002)

Offense:          Armed Bank Robbery (4:94CR00209-001)
Escape (4:95CR00186-001)
Assault (4:95CR00201-003)

Date of Sentence:  September 12, 1996

Sentence:          174 months on CR-94-209 and 60 months Bureau of Prisons on CR-95-186
to run concurrently, and 36 months Bureau of Prisons on CR-95-201 to run
consecutive to the sentences on CR-94-209 and CR-186 for a total of 210
months Bureau of Prisons; 5 years on CR-94-209 and 3 years supervised
release on CR-186 to run concurrently and 1 year supervised release on CR-
95-201 for a total of 5 years supervised release; $64,374.12 restitution; and
$100 special penalty assessment

Type of Supervision:  Supervised release     Date Supervision Commenced:  October 8, 2010
Expiration Date:  October 7, 2015

Asst. U.S. Attorney:  Michael Gordon          Defense Attorney:  To be appointed

Tabitha L. Mitchell
Mental Health Treatment Specialist:
Phone No.:  501-604-5277

Prob 12B                                -2-                        Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                     with Consent of the Offender

Name of Offender:  Ronald Mitchell                      Case Number:  4:94CR00209-001

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

## CAUSE

Mr. Mitchell's term of supervised release commenced in the Southern District of Illinois on October 8, 2010.  On November 2010, he was cited for an ordinance violation for violating a Section 8 Housing occupancy permit, and this petty offense remains pending.  The Southern District of Illinois is not recommending that any action be taken at this time.  Mr. Mitchell has a long history of mental health difficulties and has agreed to have his conditions modified.  On February 17, 2011, he signed the Prob 49 in the Southern District of Illinois.

Tabitha L. Mitchell                          Michael Gordon
Mental Health Treatment Specialist           Assistant U.S. Attorney

Date: April 4, 2011                          Date:  4/8/11

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

                                             Signature of Judicial Officer

                                             4/18/11
                                             Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                                        -3-                              Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                             with Consent of the Offender

Name of Offender:  Ronald Mitchell                      Case Number:  4:94CR00209-001

Approved:


Assistant Deputy Chief Probation Officer

TLM/khm


c:   Assistant U.S. Attorney, Michael Johnson, P.O. Box 1229, Little Rock, AR 72203